DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUSTIN PAUL GLADDING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            *Plaintiff,*  )<br>  )<br>   v.  )<br>  )<br>  )<br>JUSTIN PAUL GLADDING,  )<br>  )<br>           *Defendant.*  )<br>_____  ) | No. 1:09-cr-00265 OWW<br><br>*AMENDED* STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER THEREON<br><br>Date :  January 4, 2010<br>Time:  9:00 a.m.<br>Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for November 30, 2009, **may be continued to January 4, 2010, at 9:00 a.m.**

The requested continuance should provide the parties the necessary time to complete plea negotiation prior to the hearing and will conserve time and resources for all parties and the court.   AUSA, David Gappa, is agreeable to this continuance**.**

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B).

                        BENJAMIN WAGNER
                        United States Attorney

DATED: November 20, 2009        /s/ David Gappa
                        DAVID GAPPA
                        Assistant United States Attorney
                        Attorney for Plaintiff

                        DANIEL J. BRODERICK
                        Federal Defender

DATED: November 20, 2009        /s/  Marc Days
                        MARC DAYS
                        Assistant Federal Defender
                        Attorney for Defendant
                        JUSTIN PAUL GLADDING

## O R D E R

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:    November 20, 2009**        **/s/ Oliver W. Wanger**
                        UNITED STATES DISTRICT JUDGE