DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUSTIN PAUL GLADDING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:09-cr-00265 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND |
| v. | ) ) | ORDER THEREON |
| JUSTIN PAUL GLADDING, | ) ) | Date : March 15, 2010 |
| Defendant. | ) ) ) | Time: 9:00 a.m. Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for February 8, 2010, **may be continued to March 15, 2010, at 9:00 a.m.**

This continuance is requested because the defense is awaiting completion of an expert review and report.  The continuance will conserve time and resources for all parties and the court.   AUSA, David Gappa, is agreeable to this continuance**.**

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B).

                                        BENJAMIN WAGNER
                                        United States Attorney

DATED: February 4, 2010                 /s/ David Gappa
                                        DAVID GAPPA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: February 4, 2010                 /s/  Marc Days
                                        MARC DAYS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JUSTIN PAUL GLADDING

Time is excluded in the interests of justice pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and (B).


 IT IS SO ORDERED.

**Dated:   February 4, 2010**                 **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE