DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUSTIN PAUL GLADDING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00265 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER THEREON |
| v. | |
| JUSTIN PAUL GLADDING, | Date: May 24, 2010 |
| Defendant. | Time: 9:00 a.m. |
| | Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for May 3, 2010, **may be continued to May 24, 2010, at 9:00 a.m.**

This continuance is requested by counsel for the defendant who is engaged in jury trial. Due to the trial, counsel has not had an opportunity to meet with defendant and will need additional time for further case preparation and negotiations. Assistant United States Attorney David Gappa has no objection to this request. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B).

                 BENJAMIN WAGNER
                 United States Attorney

DATED: April 28, 2010      /s/ David Gappa
                 DAVID GAPPA
                 Assistant United States Attorney
                 Attorney for Plaintiff


                 DANIEL J. BRODERICK
                 Federal Defender

DATED: April 28, 2010      /s/  Marc Days
                 MARC DAYS
                 Assistant Federal Defender
                 Attorney for Defendant
                 JUSTIN PAUL GLADDING


**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   April 29, 2010**       **/s/ Oliver W. Wanger**
                UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; Order Thereon       2