# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09-CR-00265-OWW-SMS |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DECLARATION OF FORFEITURE AND SET-ASIDE OF BOND, AND REMISSION OF FULL AMOUNT OF BOND TO SURETY |
| JUSTIN PAUL GLADDING, | |
| Defendant, | |
| and | |
| PATRICIA ROBB, | |
| Surety. | (Doc. 55) |

Plaintiff United States of America (the "government") moved for an order declaring forfeiture of Defendant Justin Gladding's $100,000 bond.  Contending that justice does not require the bond's forfeiture, Defendant countered that the forfeiture should be set aside and remitted under F.R.Crim.P. 46(f)(2) and (f)(4).  Surety Patricia Robb (Defendant's mother) did not separately appear.

After hearing the motions on Wednesday, August 4, 2010, and considering the applicable facts and law, the magistrate judge recommended that the bond be declared forfeited, that the forfeiture be set aside, and that the full amount of the bond be remitted to Surety.  The Findings and Recommendations were served on the government and contained notice that any objections

1

were to be filed within fourteen days. Plaintiff filed objections on August 19, 2010 (Doc. 56).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the undersigned has reviewed this case *de novo* and has considered Plaintiff's objections. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper legal analysis.

Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations, filed August 5, 2010, are adopted in full:

1. Defendant's bail is ordered forfeited.
2. The forfeiture of Defendant's bail is set aside.
3. The full amount of the bond is ordered remitted to Surety.
4. Remission of the bond is conditioned on Defendant's payment in full of all amounts due to the government for expenses incident to monitoring his period of home detention.

IT IS SO ORDERED.

**Dated:   September 9, 2010**            /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE