1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JUSTIN PAUL GLADDING

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   No. 1:09-cr-00265 OWW
                                      )
12         Plaintiff,                 )   STIPULATION TO CONTINUE MOTIONS
                                      )   SCHEDULE AND HEARING;
13    v.                              )   ORDER THEREON
                                      )
14 JUSTIN PAUL GLADDING,              )   Date : December 13, 2010
                                      )   Time: 9:00 a.m.
15         Defendant.                 )   Honorable Oliver W. Wanger
   _____    )

16

17         **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18 counsel, that a new motions schedule be set as follows: motions in the above-captioned matter now due

19 November 1, 2010, shall be filed on or before November 15, 2010, responses shall be filed on or before

20 December 6, 2010, and **the motions hearing now set for November 29, 2010, may be continued to**

21 **December 13, 2010, at 9:00 A.M.**

22         This continuance is requested by counsel for Defendant to allow him additional time for defense

23 preparation and investigation and preparation of any motions to be filed, and to allow the parties additional

24 time for negotiation. The requested continuance will conserve time and resources for all parties and the

25 court.

26 ///

27 ///

28 ///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice will be served by a continuance.

BENJAMIN B. WAGNER
United States Attorney

DATED: October 28, 2010         /s/ David Gappa
                                DAVID GAPPA
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                DANIEL J. BRODERICK
                                Federal Defender

DATED: October 28, 2010         /s/ Marc Days
                                MARC DAYS
                                Assistant Federal Defender
                                Attorney for Defendant
                                JUSTIN PAUL GLADDING


**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:    October 28, 2010**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Schedule
and Hearing; Order Thereon                           2