BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-F-09-00265 OWW |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | TO RESCHEDULE FILING |
| ) | DEADLINES AND DATE FOR |
| ) | HEARING ON DEFENDANT'S MOTION |
| JUSTIN GLADDING, ) | |
| ) | DATE: February 7, 2011 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | PLACE: Courtroom Three |
| ) | HON: Oliver W. Wanger |

   The parties have agreed to continue the status conference scheduled for December 13, 2010, at 9:00 a.m. until February 7, 2011, at 9:00 a.m.  The government needs additional time to consult with the former and current case agents in responding to the defense motion, and they recently have been unavailable to assist with the response.  The government response will now be due by December 17, 2010.  The optional reply may be filed by January 31, 2011.

   The parties agree that the time until the next status conference be excluded under the Speedy Trial Act for response to

1

and consideration of the defendant's motion and to preserve the interests of justice under 18 U.S.C. §§ 3161(h)(1)(D) and (7)(A).

Dated:    December 8, 2010                Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ David  Gappa
                                     By:  DAVID L. GAPPA
                                          Assistant U.S. Attorney

                                          /s/ Marc Days
                                          MARC DAYS
                                          Counsel for Justin Gladding

IT IS SO ORDERED.

**Dated:   December 8, 2010**                **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

2