IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case 1:09-cr-00265 OWW |
| Plaintiff, | ) ORDER ON EXCLUSION OF |
| | ) TIME UNDER THE |
| v. | ) SPEEDY TRIAL ACT |
| JUSTIN GLADDING, | ) |
| Defendant. | ) |

**ORDER**

    For the reasons stated on the record at the hearing on February 8, 2011, time under the Speedy Trial Act is ordered excluded, nunc pro tunc, from August 9, 2010, through September 13, 2010.  The court had intended to exclude this time when it, sua sponte, continued the hearing scheduled for August 9, 2010, until September 13, 2010, based on pending undecided motions. Time is excluded under the Speedy Trial Act at 18 U.S.C. §§ 3161(h)(1)(D) and (7)(A) as the public interest in a speedy trial is outweighed by the necessity to afford defendant adequate time for hearing and decision on his motions for remittance of bond and to suppress evidence.

IT IS SO ORDERED.

Dated:   February 9, 2011                      /s/ Oliver W. Wanger
                                                           UNITED STATES DISTRICT JUDGE