DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUSTIN GLADDING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN GLADDING, <br><br> Defendants. | NO. 1:09-cr-00265 OWW <br><br> ORDER REGARDING REMISSION OF FULL AMOUNT OF BOND TO SURETY <br><br> Judge: Hon. Oliver W. Wanger |

On February 8, 2011, the Court heard Defendant Justin Gladding's motion for remission of the full amount of the bond to the surety, Patricia Robb. The government having not submitted a cost bill associated with forfeiture of the bond and not objecting to remission of the full amount of the bond to the surety, AND GOOD CAUSE APPEARING, the Court hereby issues the following order:

That the full amount of the bond is ordered remitted to the surety, Patricia Robb. IT IS SO ORDERED.

Dated:   February 10, 2011         /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE