BENJAMIN B. WAGNER
United States Attorney
JEREMY R. JEHANGIRI
Assistant United States Attorney
JARED D. RENFRO
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559)497-4000

Attorneys for Plaintiff
    United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09-cr-00265 OWW |
| Plaintiff, | |
| v. | **[PROPOSED]** ORDER ON GOVERNMENT'S MOTIONS *IN LIMINE* |
| JUSTIN GLADDING, | |
| Defendant. | Date: September 9, 2011<br>Time: 9:00 a.m. |
| | Honorable Oliver W. Wanger |

The Court, at a hearing on September 9, 2011, ruled on the United States of America's motions *in limine*. The following sets forth the Orders of the Court. The record of the hearing is incorporated herein and adopted by this reference. As to the United States' motions *in limine*, the Court made the following rulings:

1. <u>Reference to Penalty or Punishment:</u> GRANTED.
2. <u>Opinions on Guilt or Innocence:</u> GRANTED insofar as it relates to witnesses and opinion testimony; counsel may argue about guilt and/or innocence at the appropriate time set by the Court.
3. <u>Hearsay Statements of Defendant Offered by Defendant:</u> RESERVED.
4. <u>Plea Negotiations between the United States and Defendant:</u> GRANTED.

1

5.   <u>Sequestration of Witnesses:</u> GRANTED.

IT IS SO ORDERED.

**Dated:   September 9, 2011**              /s/ Oliver W. Wanger
                                                              UNITED STATES DISTRICT JUDGE