DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUSTIN GLADDING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-00265 OWW |
| Plaintiff, | ORDER ON DEFENDANT'S MOTIONS *IN LIMINE* |
| v. | |
| JUSTIN GLADDING, | Date: September 9, 2011<br>Time: 9:00 am |
| Defendant. | Judge: Hon. Oliver W. Wanger |

The Court, at a hearing on September 9, 2011, ruled on Defendant's motions *in limine*. The following sets forth the Orders of the Court. The record of the hearing is incorporated herein and adopted by this reference. As to the Defendant's motions *in limine*, the Court made the following rulings:

1. <u>Motion For Limited Attorney-Conducted Voir Dire:</u> Granted.

2. <u>Motion To Preclude Government From Introducing Evidence Required To Be, But Which Has Not Been, Disclosed Under Rule 16:</u> Granted insofar as the government shall be precluded from introducing such evidence absent a showing a good cause.

3. <u>Motion For Evidentiary Hearing To Determine Whether Statements Of Defendant, Which Can Be Considered A Confession, Should Be Excluded:</u> This issue will be decided by the jury. No motion to suppress was brought.

IT IS SO ORDERED.

1 | **Dated:   September 12, 2011**            /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE