1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
6  JUSTIN PAUL GLADDING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:09-cr-00265 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON |
| v. | ) | |
| JUSTIN PAUL GLADDING, | ) | Date : December 19, 2011 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the sentencing hearing in the above-referenced matter now scheduled for December 12, 2011, **may be continued to December 19, 2011, at 9:00 A.M.**

This continuance is requested by counsel for Defendant to allow him additional time to timely file Formal Objections. Defendant is housed in Lerdo and Counsel had to arrange for defendant to be brought to Fresno from the Lerdo Detention Facility, to meet and prepare for sentencing. Due to the timing of receipt of the amended PSR and transportation scheduling, Defense counsel was not able to meet with Defendant, and as a result file Formal Objections, prior to the scheduling deadline for Formal objections. The requested continuance will allow for that to happen and will conserve time and resources for all parties and the court.

///

///

Because this is a sentencing hearing, no exclusion of time is necessary.

                                                                      BENJAMIN B. WAGNER
United States Attorney

DATED: December 8, 2011               /s/ Jeremy R. Jehangiri
                                                        JEREMY R. JEHANGIRI
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: December 8, 2011               /s/  Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
JUSTIN PAUL GLADDING

**O R D E R**

**IT IS SO ORDERED.** The sentencing hearing in the above-captioned matter is hereby continued to December 19, 2011, at 9:00 A.M.

IT IS SO ORDERED.

Dated:   December 10, 2011

CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing
Hearing; Order Thereon                                        2