MARC DAYS, #184098
Days Law Firm
2300 Tulare Street, Suite 240
Fresno, California  93721
Telephone: (559) 708-4844

Attorney for Defendant
JUSTIN PAUL GLADDING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  1:09-cr-00265-AWI |
| *Plaintiff,* | ) STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) DATE:  January 25, 2016 |
| JUSTIN PAUL GLADDING, | ) TIME:   10:00 a.m. |
| | ) JUDGE: Hon. Anthony W. Ishii |
| *Defendants.* | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference in the above-captioned matter now scheduled for November 30, 2015, at 10:00 a.m., before Honorable Anthony W. Ishii, **be vacated and the matter continued to January 25, 2016 at 10:00 a.m., before the Hon. Anthony W. Ishii.**

The reason for the request is to provide defense counsel additional time to further confer with the Defendant, a sentenced prisoner currently in BOP custody, and provide the parties additional time to meet and confer to resolve the outstanding issues.  Since Defendant is a sentenced prisoner the Speed Trial Act is not applicable.

///

///

///

1

BENJAMIN B. WAGNER
United States Attorney

Dated:  November 24, 2015                    /s/ Brian Enos
                                             BRIAN ENOS
                                             Assistant United States Attorney
                                             Attorney for Plaintiff


Dated:  November 24, 2015                    /s/ Marc Days
                                             MARC DAYS
                                             Attorney for Defendant
                                             JUSTIN GLADDING



**O R D E R**

IT IS SO ORDERED.

Dated:   November 24, 2015        _____

                                 SENIOR  DISTRICT  JUDGE

2