HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JUSTIN PAUL GLADDING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN PAUL GLADDING,<br><br>Defendant. | Case No. 1:09-cr-00265-AWI<br><br>DEFENDANT'S NOTICE OF MOTION AND MOTION FOR RELEASE OF PASSPORT; ORDER<br><br>Date: January 9, 2017<br>Time: 10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**TO: DAVID GAPPA, ASSISTANT UNITED STATES ATTORNEY, AND PHILLIP A. TALBERT, UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

**PLEASE TAKE NOTICE** that on January 9, 2017, at 10:00 a.m., or as soon thereafter as the matter can be heard in the Courtroom of the Honorable Anthony W. Ishii, United States District Judge for the Eastern District of California, defendant Justin Paul Gladding, through undersigned counsel, will bring on for hearing the following motion for release of passport.

**MOTION**

Mr. Gladding, by and through his counsel of record, Assistant Federal Defender Erin Snider, hereby moves this Court for an order directing the Clerk of Court to release Mr. Gladding's passport. This motion is made pursuant to Eastern District of California Local Rule Crim. 430.1 and such statutory and constitutional rules as may be applicable.

/ / /

This motion is based upon the instant motion and notice of motion, the accompanying memorandum of points and authorities, the files and records in the above-entitled case, and any and all other information that may be brought to the Court's attention before or during the hearing on this motion.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 22, 2016

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Counsel for Defendant
JUSTIN PAUL GLADDING

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant Justin Paul Gladding, by and through his counsel of record, Assistant Federal Defender Erin Snider, hereby moves this Court for an order releasing Mr. Gladding's passport, which is currently in the possession of the Clerk of Court.

On September 1, 2009, United States Magistrate Judge Sandra M. Snyder ordered Mr. Gladding released pretrial with certain conditions, including a condition that he "surrender any passport to the Clerk, United States District Court." Docket No. 14 at 2. In accordance with this condition, Mr. Gladding surrendered his passport on September 21, 2009, as noted in the docket and on the Order Setting Conditions of Release. *See id.*; *see also* Docket No. 12.

Thereafter, Mr. Gladding entered a guilty plea to Count One of the Indictment, charging him with receiving or distributing a visual depiction of a minor engaged in sexually explicit conduct. *See* Docket No. 116. Mr. Gladding was sentenced on January 25, 2012, to 97 months of imprisonment and 120 months of supervised release. *See* Docket No. 130 at 2, 3. Mr. Gladding has completed his sentence of imprisonment and is currently on supervised release.

Mr. Gladding now requests the return of his passport. Mr. Gladding is no longer on pretrial release and, thus, the condition requiring him to surrender his passport and not obtain a new passport is no longer applicable. There is no condition of supervised release prohibiting Mr. Gladding from having passport, although he acknowledges that he cannot the leave judicial district without the permission of the Court or probation officer.

In light of the foregoing, this Court should enter an order directing the Clerk of Court to release Mr. Gladding's passport to him.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 22, 2016

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JUSTIN PAUL GLADDING

**ORDER**

**IT IS SO ORDERED.** The Clerk of Court is hereby directed to release Defendant Justin Paul Gladding's passport to Mr. Gladding.

IT IS SO ORDERED.

Dated: January 9, 2017

SENIOR DISTRICT JUDGE