UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN PAUL GLADDING,<br><br>Defendant. | No. 1:09-CR-00265-DAD-1<br><br>ORDER RE REQUEST TO BE ALLOWED TO SERVE REMAINDER OF SUPERVISED RELEASE SENTENCE ON HOUSE ARREST<br><br>(Doc. No. 214) |

On December 21, 2020, defendant was sentenced to four months imprisonment in connection with a supervised release violation. (Doc. No. 210.) At the time of sentencing, defendant had already been in custody for several months. On January 15, 2021, the court received a request from defendant to be allowed to finish the remainder of his sentence under house arrest. (Doc. No. 214.) Before the court had an opportunity to substantively address the request, the court was informed that defendant had been released from custody. As a result, the pending request (Doc. No. 214) is denied as moot.

IT IS SO ORDERED.

Dated:  **February 25, 2021**             _Dale A. Drozd_
                                           UNITED STATES DISTRICT JUDGE

1