DARRYL E. YOUNG, SBN #255894
Law offices of Darryl E. Young
650 W. 20th Street,
Merced, California 95340
Telephone: (209) 354-3500
Facsimile: (209) 354-3502

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN PAUL GLADDING,<br><br>Defendant. | Case No. 1:09-cr-00265-JLT-SKO<br><br>STIPULATION TO CONTINUE TO A STATUS CONFERENCE TO A CHANGE OF PLEA; ORDER |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for February 7, 2024, at 1:00 p.m., may be continued to a Change of Plea until March 6, 2024, at 1:00 p.m., before the Honorable Sheila K. Oberto. The parties agree that the ends of justice served by taking this action outweigh the best interests of the public. Parties have reached a proposed resolution.

Dated: January 25, 2024

/s/ Darryl Young
Darryl Young
Counsel for Karina Arceo

Dated: January 25, 2024

/s/ David Gappa
DAVID GAPPA
Assistant United States Attorney

STIPULATION AND ORDER - 1

DARRYL E. YOUNG, SBN #255894
Law offices of Darryl E. Young
650 W. 20th Street,
Merced, California 95340
Telephone: (209) 354-3500
Facsimile: (209) 354-3502

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:09-cr-00265-JLT-SKO |
| Plaintiff, | ORDER |
| v. | |
| JUSTIN PAUL GLADDING, | |
| Defendants. | |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for February 7, 2024, at 2:00 p.m., is continued until **March 6, 2024, at 2:00 p.m., before Magistrate Judge Barbara A. McAuliffe**. As this a supervised release petition, no exclusion under the Speedy Trial Act is required.

IT IS SO ORDERED.

Dated: **January 26, 2024**         /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER - 2