PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>            v.<br><br>JUSTIN GLADDING,<br><br>                   Defendant. | CASE NO.  1:09-CR-00265-JLT-SKO<br><br>STIPULATION FOR STATUS CONFERENCE HEARING DATE; ORDER<br><br>HEARING DATE: May 15, 2024<br>TIME: 2:00 p.m..<br>COURT: Hon. Barbara A. McAuliffe |

This case is currently set for a status conference on April 24, 2024.  The defendant is facing charges related to supervised release violations.  The probation office seized an unauthorized phone from the defendant and has done a preliminary review of that device.  Although the defendant denies that the phone belonged to him, he has stated his intention to admit allegation three in the superseding petition.  The government intends to continue to investigate the use and ownership of the unauthorized phone, since it appears that it was being backed up to an iCloud account with a name (John Green) that was also part of an e-mail address from which the defendant sent messages.

Accordingly, Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on April 24, 2024. Since that date was set, the probation office has discovered evidence that might be a basis for a new federal criminal case in addition to the pending charges for violation of supervised release.

2. By this stipulation, the parties have agreed to a new status conference date of May 15, 2024. The parties also agree that the status conference scheduled for April 24, 2024, is not necessary, and the parties request that that hearing be vacated. The defendant intends to admit allegation three in the pending superseding violation petition at the hearing on May 15, 2024.

3. Based on this stipulation, the parties request that the Court issue the attached order.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  April 22, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ David Gappa<br>DAVID L. GAPPA<br>Assistant United States Attorney |
| Dated:  April 22, 2024 | /s/ Darryl Young<br>Darryl Young<br>Counsel for Defendant<br>JUSTIN GLADDING |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JUSTIN GLADDING,<br><br>                    Defendant. | CASE NO.  1:09-CR-00265-JLT-SKO<br><br>FINDINGS AND ORDER<br><br>HEARING DATE: May 15, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**FINDINGS AND ORDER**

The court has reviewed and considered the stipulation filed by the parties on April 22, 2024, and also reviewed the record of this case.

IT IS HEREBY ORDERED that the supervised release status conference hearing in this case scheduled for April 24, 2024, is rescheduled to May 15, 2024, at 2:00 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:   **April 22, 2024**                                   /s/ Erica P. Grosjean
                                                                             UNITED STATES MAGISTRATE JUDGE

3