IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN PAUL GLADDING,<br><br>Defendant. | Case No.: 1:09-CR-00265-001 JLT SKO<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on April 7, 2025, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: April 7, 2025

_____
UNITED STATES DISTRICT JUDGE