KIMBERLY A. SANCHEZ
Acting United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:09-CR-00265-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION FOR STATUS CONFERENCE HEARING DATE; ORDER |
| v. | |
| JUSTIN GLADDING, | HEARING DATE: August 6, 2025<br>TIME: 2:00 p.m.. |
| Defendant. | |

This case is currently set for a status conference on July 17, 2025. The defendant is facing charges related to supervised release violations. The probation office seized unauthorized phones from the defendant and has done a preliminary review of those devices. The probation office only recently[1] sent the devices to Fresno for review. The government intends to continue to investigate the use and ownership of the unauthorized phones to determine whether any new charge(s) can or should be filed.

Accordingly, Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on July 17, 2025. Since that date was set, the probation office has attempted to share evidence that might be a basis for a new federal criminal case in addition to the pending charges for violation of supervised release.

---

[1] The assigned probation officer stated that the devices would arrive in Fresno on July 14, 2025, but the FBI has not yet confirmed receipt of any devices. Previously an unrelated phone was sent to the FBI instead of any phone(s) seized from the defendant.

1

2. By this stipulation, the parties have agreed to a new status conference date of August 6, 2025. The parties also agree that the status conference scheduled for July 17, 2025, is not necessary, and the parties request that that hearing be vacated.

3. Based on this stipulation, the parties request that the Court issue the attached proposed order.

IT IS SO STIPULATED.

Dated: July 16, 2025

KIMBERLY A. SANCHEZ
Acting United States Attorney

/s/ David Gappa
DAVID L. GAPPA
Assistant United States Attorney

Dated: July 16, 2025

/s/ Robert Lamanuzzi
Robert Lamanuzzi
Counsel for Defendant
JUSTIN GLADDING

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JUSTIN GLADDING,<br><br>                    Defendant. | CASE NO.  1:09-CR-00265-JLT-SKO<br><br>FINDINGS AND ORDER<br><br>HEARING DATE: August 6, 2025<br>TIME: 2:00 p.m. |

**FINDINGS AND ORDER**

The court has reviewed and considered the stipulation filed by the parties on July 16, 2025, and also reviewed the record of this case.

IT IS HEREBY ORDERED that the supervised release status conference hearing in this case scheduled for July 17, 2025, is vacated and the new date is August 6, 2025, before the duty magistrate judge, at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **July 16, 2025**                             /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE