1 KIMBERLY A. SANCHEZ
Acting United States Attorney
2 DAVID L. GAPPA
Assistant United States Attorney
3 2500 Tulare Street
Suite 4401
4 Fresno, California 93721
Telephone: (559) 497-4000
5

6 Attorneys for Plaintiff
United States of America
7

8

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:09-CR-00265-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION FOR STATUS CONFERENCE HEARING DATE; AND ORDER |
| v. | |
| JUSTIN GLADDING, | PROPOSED HEARING DATE: September 3, 2025 TIME: 2:00 p.m.. |
| Defendant. | |

This case is currently set for a status conference on August 6, 2025.  The defendant is facing charges related to supervised release violations.  The probation office seized unauthorized phones from the defendant and has done a preliminary review of those devices.  The probation office sent the devices to Fresno for review.  The government intends to continue to investigate the use and ownership of the unauthorized phones to determine whether any new charge(s) can or should be filed.  A preliminary review of one of the three devices indicates that a separate new federal criminal case can be based upon evidence recovered from the device.

 Accordingly, Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on August 6, 2025. Since that date was set, the probation office has shared evidence that might provide a basis for a new federal criminal case in addition to the pending charges for violation of supervised release.

2. By this stipulation, the parties have agreed to a new status conference date of September 3, 2025. The parties also agree that the status conference scheduled for August 6, 2025, is not necessary, and the parties request that that hearing be vacated.

3. Based on this stipulation, the parties request that the Court issue the attached proposed order.

IT IS SO STIPULATED.

Dated:  August 1, 2025         KIMBERLY A. SANCHEZ
                                Acting United States Attorney


                                /s/ David Gappa
                                DAVID L. GAPPA
                                Assistant United States Attorney


Dated:  August 1, 2025         /s/ Robert Lamanuzzi
                                Robert Lamanuzzi
                                Counsel for Defendant
                                JUSTIN GLADDING

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>JUSTIN GLADDING,<br><br>      Defendant. | CASE NO.  1:09-CR-00265-JLT-SKO<br><br>FINDINGS AND ORDER<br><br>HEARING DATE: September 3, 2025<br>TIME: 2:00 p.m. |

**FINDINGS AND ORDER**

The court has reviewed and considered the stipulation filed by the parties on August 4, 2025, and also reviewed the record of this case.

IT IS HEREBY ORDERED that the supervised release status conference hearing in this case scheduled for August 6, 2025, is vacated and the new date is **September 3, 2025 at 2:00 p.m. before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated:  **August 4, 2025**     /s/ Barbara A. McAuliffe
                    UNITED STATES MAGISTRATE JUDGE