ERIC GRANT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>JUSTIN GLADDING,<br><br>                    Defendant. | CASE NO.  1:09-CR-00265-JLT-SKO<br><br>STIPULATION FOR STATUS CONFERENCE HEARING DATE; AND ORDER<br><br>PROPOSED HEARING DATE: December 10, 2025<br>TIME: 2:00 p.m.. |

This case is currently set for a status conference on October 15, 2025.  The defendant is facing charges related to supervised release violations.  The probation office seized unauthorized phones from the defendant and has done a preliminary review of those devices.  The probation office sent the devices to the Federal Bureau of Investigation for more thorough review.  The government intends to continue to investigate the use and ownership of the unauthorized phones to determine whether any new charge(s) can or should be filed.  A preliminary review of one of the three devices indicates that a separate new federal criminal case can be based upon evidence recovered from the device.  But venue for any new case appears to be in the Sacramento division.  Until the defendant knows what his exposure is likely to be if a new case is filed, he does not wish to make any admissions on his pending supervised release proceeding in Fresno.

 Accordingly, Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1

1. By previous order, this matter was scheduled for a status conference on October 15, 2025. Since that date was set, the probation office has shared evidence that might provide a basis for a new federal criminal case in addition to the pending charges for violation of supervised release.

2. By this stipulation, the parties have agreed to a new status conference date of December 10, 2025. The parties also agree that the status conference scheduled for October 15, 2025, is not necessary, and the parties request that that hearing be vacated.

3. Based on this stipulation, the parties request that the Court issue the attached proposed order.

IT IS SO STIPULATED.

Dated: October 14, 2025

ERIC GRANT
United States Attorney

/s/ David Gappa
DAVID L. GAPPA
Assistant United States Attorney

Dated: October 14, 2025

/s/ Robert Lamanuzzi
Robert Lamanuzzi
Counsel for Defendant
JUSTIN GLADDING

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JUSTIN GLADDING,<br><br>　　　　　　　　　　Defendant. | CASE NO.  1:09-CR-00265-JLT-SKO<br><br>FINDINGS AND ORDER<br><br>HEARING DATE: December 10, 2025<br>TIME: 2:00 p.m. |

**FINDINGS AND ORDER**

　　　The court has reviewed and considered the stipulation filed by the parties on October 14, 2025, and also reviewed the record of this case.

　　　IT IS HEREBY ORDERED that the supervised release status conference hearing in this case scheduled for October 15, 2025, is vacated and the new date for that hearing is **December 10, 2025 at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

　　　Dated: __October 14, 2025__　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3