1  ERIC GRANT
   United States Attorney
2  DAVID L. GAPPA
   Assistant United States Attorney
3  2500 Tulare Street
   Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,      | CASE NO. 1:09-CR-00265-JLT-SKO

12 |                     Plaintiff, | STIPULATION FOR STATUS CONFERENCE
                                    | HEARING DATE; ORDER
13 |              v.
                                    | HEARING DATE: January 14, 2026
14 | JUSTIN GLADDING,               | TIME: 2:00 p.m..

15 |                     Defendant.

16

17     This case is currently set for a status conference on December 8, 2025. The defendant is facing

18 charges related to supervised release violations. The probation office seized unauthorized phones from

19 the defendant and did a preliminary review of those devices. The probation office sent the devices to the

20 Federal Bureau of Investigation for more thorough review. The government intends to continue to

21 investigate the use and ownership of the unauthorized phones to determine whether any new charge(s)

22 can or should be filed. A preliminary review of one of the three devices indicates that a separate new

23 federal criminal case can be based upon evidence recovered from the device. But venue for any new

24 case will be in the Sacramento division. That potential case has not yet been filed. Until the defendant

25 knows what his exposure is likely to be if a new case is filed, he does not wish to make any admissions

26 on his pending supervised release proceeding in Fresno.

27     Accordingly, Plaintiff United States of America, by and through its counsel of record, and

28 defendant, by and through defendant's counsel of record, stipulate as follows:

                                              1

1. By previous order, this matter was scheduled for a status conference on December 10, 2025. Since that date was set, the probation office has shared evidence that might provide a basis for a new federal criminal case in addition to the pending charges for violation of supervised release.

2. By this stipulation, the parties have agreed to a new status conference date of January 14, 2026. The parties also agree that the status conference scheduled for December 10, 2025, is not necessary, and the parties request that that hearing be vacated.

3. Based on this stipulation, the parties request that the Court issue the attached proposed order.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  December 8, 2025 | ERIC GRANT<br>United States Attorney<br><br>/s/ David Gappa<br>DAVID L. GAPPA<br>Assistant United States Attorney |
| Dated:  December 8, 2025 | /s/ Robert Lamanuzzi<br>Robert Lamanuzzi<br>Counsel for Defendant<br>JUSTIN GLADDING |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>JUSTIN GLADDING,<br><br>       Defendant. | CASE NO.  1:09-CR-00265-JLT-SKO<br><br>FINDINGS AND ORDER<br><br>HEARING DATE: January 14, 2026<br>TIME: 2:00 p.m. |

**FINDINGS AND ORDER**

   The court has reviewed and considered the stipulation filed by the parties on December 8, 2025, and also reviewed the record of this case.

   IT IS HEREBY ORDERED that the supervised release status conference hearing in this case scheduled for December 10, 2025, is vacated and the new date for that hearing is January 14, 2026, before the duty magistrate judge, at 2:00 p.m.

IT IS SO ORDERED.

  Dated:  **December 8, 2025**       /s/ Erica P. Grosjean
                      UNITED STATES MAGISTRATE JUDGE