ERIC GRANT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:09-CR-00265-JLT-SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING DATE |
| v. | PROPOSED HEARING DATE: March 3, 2026 |
| JUSTIN GLADDING, | TIME: 2:00 p.m.. |
| Defendant. | |

This case is currently set for a status conference on January 14, 2026.  The defendant is facing charges related to supervised release violations.  The probation office seized unauthorized phones from the defendant and did a preliminary review of those devices.  The probation office sent the devices to the Federal Bureau of Investigation for more thorough review.  The devices went to the Fresno FBI office. The government intends to continue to investigate the use and ownership of the unauthorized phones to determine whether any new charge(s) can or should be filed.  A preliminary review of one of the three devices indicates that a separate new federal criminal case can be based upon evidence recovered from the device.  But venue for any new case will be in the Sacramento division.  The FBI is currently coordinating receipt and review of all relevant evidence in Sacramento so that appropriate charging decisions can be made. Until the defendant knows what his exposure is likely to be if a new case is filed, he does not wish to make any admissions on his pending supervised release proceeding in Fresno.

Accordingly, Plaintiff United States of America, by and through its counsel of record, and

1

defendant, by and through defendant's counsel of record, stipulate as follows:

1.      By previous order, this matter was scheduled for a status conference on January 14, 2026. Since that date was set, the probation office has shared evidence that might provide a basis for a new federal criminal case in addition to the pending charges for violation of supervised release.  That evidence has been redirected from the Fresno FBI office to the Sacramento FBI office.

2.      By this stipulation, the parties have agreed to a new status conference date of March 3, 2026.  The parties also agree that the status conference scheduled for January 14, 2026, is not necessary, and the parties request that that hearing be vacated.

3.      Based on this stipulation, the parties request that the Court issue the attached proposed order.

IT IS SO STIPULATED.

Dated:  January 13, 2026                                ERIC GRANT
                                                        United States Attorney


                                                        /s/ David Gappa
                                                        DAVID L. GAPPA
                                                        Assistant United States Attorney


Dated:  January 13, 2026                                /s/ Robert Lamanuzzi
                                                        Robert Lamanuzzi
                                                        Counsel for Defendant
                                                        JUSTIN GLADDING

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:09-CR-00265-JLT-SKO |
| Plaintiff, | ORDER |
| v. | HEARING DATE: March 3, 2026 |
| JUSTIN GLADDING, | TIME: 2:00 p.m. |
| Defendant. | |

**ORDER**

The court has reviewed and considered the stipulation filed by the parties on January 13, 2026, and also reviewed the record of this case.

IT IS HEREBY ORDERED that the supervised release status conference hearing in this case scheduled for January 14, 2026, is vacated and the new date for that hearing is March 3, 2026, before the duty magistrate judge, at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **January 13, 2026**                    /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE

3