Robert Lamanuzzi Esq., (SBN 213673)
LAW OFFICE OF ROBERT LAMANUZZI
1330 L Street, Suite D
Fresno, CA 93721
Phone: (559) 492-0009
Email: robertlamanuzzi@gmail.com

Attorney for Defendant
**JUSTIN GLADDING**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:09-CR000265-JLT |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| JUSTIN GLADDING, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI., attorney for Defendant JUSTIN GLADDING and DAVID GAPPA, Assistant U.S. Attorney for Plaintiff, that the currently scheduled STATUS CONFERENCE date of MARCH 3rd, 2026 at 2:00 P.M., be continued to APRIL 9th, AT 2:00 P.M..

1. Defendant, Justin Gladding, is scheduled for a STATUS CONFERENCE regarding a VIOLATION OF SUPERVISED RELEASE,

2. The violation allegations encompass alleged new criminal activities,

3. The parties have recently received notification from the U.S. Attorney office in Sacramento, that the investigation into the alleged new law violation is complete and

1

a new indictment will be sought.

4. The parties are awaiting a decision on which venue the Indictment will be brought, Sacramento or Fresno.

5. The parties are requesting a short continuance in anticipation of a new indictment.

Dated: March 2nd, 2026,                                     Respectfully submitted,

                                                    _/s/Robert Lamanuzzi__
                                                    ROBERT LAMANUZZI.
                                                    Attorney for Defendant,
                                                    JUSTIN GLADDING

Dated: March 2nd, 2026,                                     Respectfully submitted,

                                                    _/s/David Gappa_____
                                                    DAVID GAPPA
                                                    Assistant U.S. Attorney

**ORDER**

The STATUS CONFERENCE, currently scheduled for MARCH 3rd, 2026, is continued to APRIL 9th, 2026 at 2:00 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:    **March 3, 2026**                    /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE