ERIC GRANT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN GLADDING,<br><br>Defendant. | CASE NOS.   1:09-CR-00265-JLT-SAB<br>2:26-cr-00072-JLT-SAB<br><br>STIPULATION FOR ARRAIGNMENT ON INDICTMENT<br><br>HEARING DATE: June 22, 2026<br>TIME: 2:00 p.m.. |

Case 1:09-cr-00265-JLT-SAB has been scheduled for a contested hearing in district court on June 22, 2026.  Since that hearing was scheduled, a grand jury returned an indictment in case 2:26-cr-00072-JLT-SAB.  There is significant overlap between the evidence and witnesses in both cases, and that is why they have been consolidated before Judge Thurston in Frenso.  The defendant needs to be arraigned on case 2:26-cr-00072-JLT-SAB, so the parties propose that this happen before the duty magistrate judge on June 22, 2026.  The court will need to determine whether defense counsel in case 1:09-cr-00265-JLT-SAB should also be appointed in the new case. The defendant can then notify the court whether he wishes to proceed with a contested hearing in case 1:09-cr-00265-JLT-SAB or whether that matter should trail the new case.

Accordingly, Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record for case 1:09-cr-00265-JLT-SAB, stipulate as follows:

1

1.      By previous order, the court scheduled a contested hearing in case 1:09-cr-00265-JLT-SAB for June 22, 2026.  Since that date was set, a new indictment has been returned against the defendant.  The court should vacate the contested hearing set in district court in case 1:09-cr-00265-JLT-SAB.

2.      By this stipulation, the parties have agreed to appear on June 22, 2026, on the duty magistrate court calendar so that the defendant can be arraigned on the indictment returned in case 2:26-cr-00072-JLT-SAB.  The defendant can also advise the court whether a contested hearing in case 1:09-cr-00265-JLT-SAB should go forward or whether it should trail the new case.

3.      Based on this stipulation, the parties request that the Court issue the attached proposed order.

IT IS SO STIPULATED.

Dated:  June 17, 2026                                ERIC GRANT
                                                     United States Attorney


                                                     /s/ David Gappa
                                                     DAVID L. GAPPA
                                                     Assistant United States Attorney


Dated:  June 17, 2026                                /s/ Robert Lamanuzzi
                                                     Robert Lamanuzzi
                                                     Counsel for Defendant
                                                     JUSTIN GLADDING

2

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JUSTIN GLADDING,<br><br>                              Defendant. | CASE NOS.  1:09-CR-00265-JLT-SKO<br>                    2:26-cr-00072-JLT-SAB<br><br>ORDER<br><br>HEARING DATE: June 22, 2026<br>TIME: 2:00 p.m. |

**ORDER**

The court has reviewed and considered the stipulation filed by the parties on June 17, 2026, and also reviewed the record of this case.

IT IS HEREBY ORDERED that the parties appear before the duty magistrate judge on June 22, 2026, at 2:00 p.m. for the purpose of arraignment on case 2:26-cr-00072-JLT-SAB.  The court will address appointment of counsel and whether or when the contested hearing in case 1:09-cr-00265-JLT-SKO should go forward.  The hearing scheduled for June 22, 2026 in case 1:09-cr-00265-JLT-SKO is vacated.

IT IS SO ORDERED.

Dated:  __**June 18, 2026**__                        _____
                                                          UNITED STATES MAGISTRATE JUDGE

3